NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001145
24-JUN-2015
09:29 AM

NO. CAAP-14-0001145

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


FEDERAL HOME LOAN MORTGAGE CORPORATION, Plaintiff-Appellee,
v.
MARIANO C. CASINO, ESTELITA B. CASINO, Defendants-Appellants,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE
CORPORATIONS 1-10, DOE ENTITIES 1-10, ALL PERSONS RESIDING WITH
AND BY ANY PERSONS CLAIMING BY AND THROUGH OR UNDER THEM,
Defendants


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 13-1-451K)

ORDER APPROVING THE JUNE 22, 2015
STIPULATION OF VOLUNTARY DISMISSAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation of Voluntary

Dismissal of Appeal, submitted on June 22, 2015, by Plaintiff-

Appellee Federal Home Loan Mortgage Corporation, the papers in

support, and the record, it appears that: (1) the stipulation is

dated and signed by counsel for all parties appearing in the

appeal; (2) the parties seek to dismiss the appeal, pursuant to

Hawai'i Rules of Appellate Procedure Rule 42(b); (3) the appeal

was docketed December 2, 2014; and (4) the parties agree to bear

their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.  The parties shall bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that all pending motions are dismissed as moot.

DATED: Honolulu, Hawai'i, June 24, 2015.

Presiding Judge

Associate Judge

Associate Judge